**Mark Anthony VIGIL, Plaintiff–Appellant,**

v.

**The WALT DISNEY COMPANY, Defendant–Appellee,**

and

**Time Warner Inc., Defendant–Appellee,**

and

**The National Hockey League, Defendant–Appellee.**

No. 04–1187.

United States Court of Appeals, Federal Circuit.

DECIDED: June 7, 2004.

Mark Anthony Vigil, of Counsel, Eureka, CA, pro se.

Peter R. Crane, Principal Attorney, Wilson, Elser, Teague I. Donahey, of Counsel, Sidley, Austin, San Francisco, CA, Nicholas M. Cannella, Principal Attorney, Fitzpatrick, Cella, New York, NY, Charles K. Verhoeven, Principal Attorney, Matthew W. Meskell, of Counsel, Quinn, Emanuel, Redwood Shores, CA, for Defendants–Appellees.

ORDER

The appellant having paid the required filing fee for the appeal on June 4, 2004,

IT IS ORDERED THAT:

The court's May 19, 2004, order dismissing the appeal is vacated, the mandate is recalled, and the appeal is reinstated.

The appellant is directed to re-file his brief with the court and re-serve it on the appellees within 21 days of the date of filing of this order.